UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Milagros Canales-Jacobs,

           Plaintiff(s),           08 Civ. 3434 (CM) (THK)

  -against-                             <u>CALENDAR NOTICE</u>

Office of Court Administration-
New York State,
        Defendant(s).
------------------------------------------------------X

    Please take notice that the above captioned matter has been **re-scheduled** for:

| | | |
|---|---|---|
| __ Pre-trial Conference | __ Status Conference | __ Oral argument |
| __ Settlement conference | __ Plea Hearing | (Bankruptcy Appeal) |
| ✓ Rule (16) conference | __ Final pre-trial conference | |
| __ Telephone Conference | __ Jury Selection and Trial | |
| __ Non-Jury Trial | __ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Thursday, July 17, 2008 at 10:00 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: July 11, 2008
       New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

Copies mailed/faxed/handed to counsel on 7/11/08